IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD MILES, | : |
| Plaintiff, | : |
| v. | : 3:19-CV-2091 |
| | : (JUDGE MARIANI) |
| KROWIAK, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 9th DAY OF JUNE 2021, upon *de novo* review of Magistrate Judge Susan Schwab's Report and Recommendation ("R&R") (Doc. 27), **IT IS HEREBY ORDERED THAT:**

1. For the reasons set forth in this Court's accompanying Memorandum Opinion, the R&R (Doc. 27) is **ADOPTED AS MODIFIED.**

2. Defendant's Objections (Doc. 28) are **OVERRULED.**

3. The Motion to Dismiss filed by Defendants Barrasse and Corbett (Doc. 9) is **GRANTED** and Plaintiff's claims against Defendants Barrasse and Corbett are **DISMISSED WITH PREJUDICE**.

4. The Motion to Dismiss filed by Defendant Toczydlowski (Doc. 22) is **GRANTED** and Plaintiff's claims against Defendant Toczydlowski are **DISMISSED WITH PREJUDICE.**

5. The Motion to Dismiss filed by Defendants Krowiak, Powell, Gallagher, Zech and Munley (Doc. 7) is **GRANTED** as to Defendants Krowiak, Powell and Gallagher, and Plaintiff's claims against such defendants are **DISMISSED WITH PREJUDICE**. The Motion is **REMANDED** to Magistrate Judge Schwab for further consideration as to Defendants Zech and Munley.

6. The Motion to Dismiss filed by Defendant Lackawanna County (Doc. 15) is **REMANDED** to Magistrate Judge Schwab for further consideration.

Robert D. Mariani
United States District Judge