IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONALD MILES,

   Plaintiff

v.

ANDREW KROWIAK, *et al.*,

   Defendants

3:19-CV-2091
(JUDGE MARIANI)

FILED
SCRANTON
MAY 16 2023
PER_____
DEPUTY CLERK

## ORDER

AND NOW, THIS 15th DAY OF MAY, 2023, upon review of Magistrate Judge Susan Schwab's Report & Recommendation ("R&R") (Doc. 43) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 43) is **ADOPTED** for the reasons stated therein.

2. Defendants' Motions to Dismiss (Docs. 7, 15) are **GRANTED**. Plaintiff's federal claims are **DISMISSED WITHOUT LEAVE TO AMEND**.

3. Pursuant to 28 U.S.C. § 1367(c)(3), the Court **DECLINES** to exercise supplemental jurisdiction over Plaintiff's state law claims for assault and battery and false imprisonment. Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge